UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>JOHN F. PACHECO,<br>　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO. 09-42526 -- JBR |

## MOTION OF DEBTOR TO AMEND THE VOLUNTARY PETITION AND SCHEDULES A, C, AND D

Now Comes the Debtor, John F. Pacheco, and respectfully requests that this Honorable Court allow him to amend the Voluntary Petition and Schedules A, C, and D. As grounds therefor, the Debtor states as follows:

1. The Debtor needs to amend Schedule D to accurately reflect a second and third mortgage on 457 Prince Hinkley Road, Centerville, MA not previously listed.

2. The Debtor must in turn amend Voluntary Petition to change the exemption election from the State to Federal exemption scheme because there is no longer equity in the property.

3. The Debtor must then amend Schedule A to reflect this change in the equity on the property.

4. The Debtor must also amend the State exemption scheme used Schedule C to utilize the Federal exemption scheme.

Wherefore, the Debtor respectfully requests that this honorable court grant this motion and all other relief deemed just and proper.

                                                Respectfully submitted,

                                                JOHN F. PACHECO, Debtor
                                                By his Attorney,

Date:   07/31/09                 */s/ Richard N. Gottlieb, Esq.*
                                                Richard N. Gottlieb, Esq.
                                                Law Offices of Richard N. Gottlieb
                                                11 Beacon Street
                                                Suite 625
                                                Boston, MA 02108
                                                rnglaw@verizon.net
                                                BBO#: 547970
                                                (617) 742-4491

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>JOHN F. PACHECO,<br>　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO. 09-42526 -- JBR |

## CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq., on behalf of the Debtor, John F. Pacheco, hereby certify that I have this day served a copy of the Debtor's Motion upon on persons listed below, by ECF or first-class mail, postage paid.

Date: 07/31/09

/s/ Richard N. Gottlieb
Richard N. Gottlieb, Esq.
Law Offices of Richard N. Gottlieb
11 Beacon Street
Suite 625
Boston, MA 02108
rnglaw@verizon.net
BBO#: 547970
(617) 742-4491

**Persons Served:**

CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368

Eastern Bank
195 Market Street
Lynn, MA 01901

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

American Express Busines Gold Card
P.O. Box 1270
Newark, NJ 07101

BJs Visa
Card Services
P.O. Box 13337
Philadelphia, PA 19101

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886

Bank of America
NC1-001-07-06
101 N. Tryon Street
Charlotte, NC 28255

Barclays Bank Delaware
Attention: Customer Support
Department
Po Box 8833
Wilmington, DE 19899

CCS Express ATM
153 Nobscot Road
Sudbury, MA 01776

Capital One
PO Box 85015
Richmond, VA 23285

Caribbean Vacation Properties, LTD.
c/o ISCO
3363 W. Commercial Blvd. Suite 202
Fort Lauderdale, FL 33309

Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

Citi Mortgage Inc
Attention: Bankruptcy Department
Po Box 79022, Ms322
St. Louis, MO 63179

Debt Recovery Solutions, LLC
P.O. Box 9001
Westbury, NY 11590

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

ER Solutions, Inc.
SW 39th Street
PO Box 9004
Renton, WA 98057

Eastern Bank
One Eastern Pl
Lynn, MA 01901

Grand Caribbean Company, LTD
3363 West Commercial Blvd. Suite 202
Fort Lauderdale, FL 33309

Grand Caribbean Company, LTD
c/o ISCO
3363 W. Commercial Blvd, Suite 202
Fort Lauderdale, FL 33309

Mitsubishi Motor Credit
2700 Westchester Ave. Ste 310
Purchase, NY 10577

Mmca/c1
Attention: Banktruptcy Department
3120 Rider Trail S
Earth City, MO 63045

National City Equity Line
P.O. Box 856176
Louisville, KY 40285

National City Mortgage
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

National City Mortgage
Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141

Ohio Savings Bank
Attn: Bankruptcy
Po Box 742579
Cincinnati, OH 45274

Robert L. Marder, Esq.
85 Exchange Street
Suite L10
Lynn, MA 01901

Scottsdale Camelback Resort
6302 East Camelback Road
Scottsdale, AZ 85251

Scottsdale Camelback Resort
c/o Meridian Financial Services
21 Overland Industrial Blvd., Bldg. #1
Asheville, NC 28806

Seasons Resort at Sugarbush
P.O. Box 1439
Portsmouth, NH 03802

Student Loan Mkt Assn
Attention: Bankruptcy Litigation Depart
Po Box 6180
Indianapolis, IN 46206

Toyota Motor Credit
19001 S. Western Ave.
Torrance, CA 90509

Usa Servicing Company
Attn: Bankruptcy Unit
220 Lasley Ave. Hanover Industrial Park
Wilkes Barre, PA 18702

John F. Pacheco Sr.
153 Nobscot Road
Sudbury, MA 01776

Jonathan R. Goldsmith
Jonathan R. Goldsmith, Esq
1350 Main Street
10th Floor
Springfield, MA 01103

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608