UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
|  | ) | |
| JOHN F. PACHECO, SR. | ) | CHAPTER 7 |
|  | ) | CASE NO. 09-42526 |
| Debtor, | ) | |
|  | ) | |

MOTION OF MICHAEL YORKE AND ROSE BUSCEME
FOR RELIEF FROM AUTOMATIC STAY TO
PROSECUTE PENDING PRE-PETITION STATE COURT LITIGATION
AGAINST DEFENDANT, JOHN F. PACHECO, SR.

Now come creditors, Michael Yorke and Rose Busceme ("Yorke and Busceme") and herby move this Honorable Court for relief from the automatic stay for cause, pursuant to 11 U.S.C. § 362(d)(1), to allow the Plaintiff's to prosecute certain pending pre-petition civil suits in the Middlesex County Superior Court [1]against Debtor, John F. Pacheco.

In support of this motion, Yorke and Busceme state the following:

---

[1] Michael Yorke *v. Christopher & Jennifer McDonald and John Pacheco*, (Middlesex Superior Court, Civil Action No. 04-3780) and *Rose Buscme v. Christopher & Jennifer McDonald and John Pacheco*, (Middlesex Superior Court, Civil Action No. 05-2667).

## GROUNDS FOR RELIEF FROM STAY

Yorke and Busceme move for relief from the automatic stay based upon this court's order (Rosenthal, J.) dated April 2, 2010 wherein the bankruptcy court denied the plaintiff's Motion to Vacate In Part The Court's Order on Defendant's Motion For More Definite Statement Dated April 27, 2006 Staying The Adversary proceeding.

In the court's April 2nd order, the court ordered the Plaintiff's to seek relief from the automatic stay regarding Pacheco so that the matter may proceed in State court.

## CONCLUSION

WHEREFORE, the Plaintiffs, Michael Yorke and Rose Busceme respectfully request this Honorable Court grant relief from the automatic stay so that they may prosecute and proceed with the pending pre-petition state court lawsuits against John F. Pacheco, Sr. in the Middlesex County Superior Court in accordance with this court's order and grant such other and further relief as the court deems appropriate and just.

Plaintiff's
Michael Yorke and Rose Busceme,
By their attorney,

/s/ *Frederick J. Watson*
Frederick J. Watson, Esq, BBO#517670
10 High Street, Suite 700
Boston, MA 02110
(617) 244-3550

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: | ) | |
|  | ) | |
| JENNIFER C. MCDONALD and | ) | CHAPTER 7 |
| CHRISTOPHER S. MCDONALD | ) | CASE NO. 05-51094 |
| Debtors, | ) | |
|  | ) | |
| _____ | ) | |

<u>ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROSECUTE PENDING PRE-PETITION STATE COURT LITIGATION AGAINST DEFENDANT, JOHN F. PACHECO</u>

This matter having come before this court on Motion of Michael Yorke and Rose Busceme For Relief From Automatic Stay To Prosecute Pre-Petition State Court Litigation Against Defendant, John F. Pacheco in the cases of *Michael Yorke v. Christopher & Jennifer McDonald and John Pacheco*, (Middlesex Superior Court, Civil Action No. 04-3780) and *Rose Buscme v. Christopher & Jennifer McDonald and John Pacheco*, (Middlesex Superior Court, Civil Action No. 05-2667) and after hearing or, after an opportunity to be heard and no opposition having been filed, the motion is hereby GRANTED.

_____
Melvin S. Hoffman, Justice

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: | ) | |
|  | ) | |
| JENNIFER C. MCDONALD and | ) | CHAPTER 7 |
| CHRISTOPHER S. MCDONALD | ) | CASE NO. 05-51094 |
| Debtors, | ) | |
|  | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

    I, Frederick J. Watson, hereby certify that on June 8, 2010, the attached Motion of Michael Yorke and Rose Busceme For Relief From Automatic Stay To Prosecute Pre-Petition State Court Litigation Against Defendant, John F. Pacheco and Proposed Order were electronically filed. I further certify that true and correct copies have been served on June 8, 2010 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service, including John F. Pacheco, Sr., 153 Nobscot Road, Sudbury, MA 01776 by first class mail, postage prepaid.

                                                                       */s/Frederick J. Watson*_____
                                                                       Frederick J. Watson, BBO#517670