UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) Chapter 7, No. 09-42526-MSH |
| JOHN F. PACHECO, SR. | ) |
| Debtor | ) |

**ASSENTED-TO MOTION TO COMPROMISE CLAIM WITH
DEBTOR IN LIEU OF MOTION TO COMPEL
TURNOVER OF NON-EXEMPT ASSETS**

To the HONORABLE MELVIN S. HOFFMAN, Bankruptcy Judge:

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned proceeding ("Trustee"), by and through his counsel, and respectfully moves this Honorable Court for an Order approving a compromise with the Debtor, JOHN F. PACHECO, SR., in lieu of the Trustee pursuing a Motion to compel turnover of certain non-exempt assets of the Debtor pursuant to 11 U.S.C. § 541 and 542.  In support of this Motion, the Trustee respectfully represents as follows:

**BANKRUPTCY PROCEDURAL BACKGROUND**

1. That on June 24, 2009 (the "Petition Date"), the Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That on June 25, 2009, Jonathan R. Goldsmith accepted the appointment as Trustee for the above-entitled estate.

3. The Section 341 Meeting of Creditors in the Case was convened on August 25, 2009.

08/23/2010  ALLOWED.  NO OBJECTIONS FILED.