UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

John F. Pacheco Sr.

Nationstar Mortgage LLC,

VS.

John F. Pacheco Sr.

CHAPTER 7
CASE NO. 09-42526-MSH

MOTION FOR RELIEF FROM STAY

To the Honorable Melvin S. Hoffman:

Nationstar Mortgage LLC, your moving party in the within Motion, respectfully represents:

1. The movant has a mailing address of 350 Highland Drive, Lewisville, TX 75067.

2. The debtor, John F. Pacheco Sr., has a mailing address of 150 Nobscot Road, Sudbury, MA 01776.

3. On June 24, 2009, the debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a first mortgage on real estate in the original amount of $242,400.00 given by John F. Pacheco and Kathleen M. Pacheco to Mortgage Electronic Registration Systems, Inc. on or about April 7, 2006, as affected by a loan modification on February 10, 2011. Said mortgage is recorded with the Lee County Clerk of Circuit Court at Instrument Number 2006000145828 and covers the premises located at 14541 Sherbrook Place #202, Fort

Myers, FL 33912. A copy of the mortgage is annexed hereto and marked as Exhibit 'A'.

5. Said mortgage secures a note given by John F. Pacheco and Kathleen M. Pacheco to CitiMortgage, Inc. in the original amount of $242,400.00.

6. The mortgage was assigned from Mortgage Electronic Registration Systems, Inc. to the movant.

7. The movant is unaware of a recorded Declaration of Homestead on said property.

8. There is no other collateral securing the obligation.

9. As of September 7, 2011, approximately $248,033.17 in principal, interest, late fees and other charges was due with regard to the note and mortgage. As a result of this motion, attorney's fees and costs of approximately $386.50 have accrued. This figure may increase as additional attorney's fees and costs accrue.

10. There are no other known encumbrances on the property.

11. According to a Broker's Price Opinion obtained by the movant, the fair market value of the subject property is $146,900. The liquidation value of the subject property is $136,916.14, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($ 669.86) and anticipated costs incurred for a real estate closing of $500.00.

12. The note and mortgage are in default for the April 1, 2011 payment, and all payments thereafter, less a credit of $206.67, plus reasonable attorney's fees and costs and other charges incurred by the movant.

13. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I.    Pursuant to 11 U.S.C. 362 (d)(1) for cause on the basis that the debtor is in default

on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

II.     Pursuant to 11 U.S.C. 362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

                                              Respectfully submitted,

                                              Nationstar Mortgage LLC,
                                              By its Attorney

                                              /s/ Rian K. Vernon
                                              Rian K. Vernon, Esquire
                                              BBO# 662635
                                              HARMON LAW OFFICES, P.C.
                                              P.O. Box 610345
                                              Newton Highlands, MA 02461-0345
                                              781-292-3900
                                              mabk@harmonlaw.com

Dated: September 7, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

John F. Pacheco Sr.

CHAPTER 7
CASE NO. 09-42526-MSH

CERTIFICATE OF SERVICE

    I, Rian K. Vernon, Esquire, state that on September 7, 2011, I electronically filed the foregoing Motion for Relief from Stay and Proposed Order with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Jonathan R. Goldsmith, Esquire, Chapter 7 Trustee
Richard N. Gottlieb, Esquire for the Debtor
Robert L. Marder, Esquire for Eastern Bank
Amy W. Cahillane, Esquire for Jonathan R. Goldsmith
Mitchell J. Levine, Esquire for Nissan Infiniti LT
Frederick Watson, Esquire for Michael Yorke and Rose Busceme

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                    /s/ Rian K. Vernon
                                    Rian K. Vernon, Esquire
                                    BBO# 662635

John F. Pacheco
14541 Sherbrook Place Apt 202
Fort Myers, FL 33912

Kathleen M. Pacheco
14541 Sherbrook Place Apt 202
Fort Myers, FL 33912

John F. Pacheco Sr.
153 Nobscot Road
Sudbury, MA 01776

Blum, Shapiro & Co., P.C.
1001 Hingham Street
Rockland, MA 02370

CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368

Eastern Bank
195 Market Street
Lynn, MA 01901

Internal Servicing Co., LLC
3363 W. Commerical Blvd. Suite 202
Fort Lauderdale, FL 33309

The Royal Caribbean
Kukulan Blvd, Lote 50
Cancun Roo, MX 77500

Wyndham Bay of Legends Condominium Association
14541 Sherbrook Place
Fort Myers, FL 33912

Lee County Tax Collector
PO Box 1609
Fort Myers, Florida 33902-1609

RKK//201102-0394/Pacheco, John

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>John F. Pacheco Sr.,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 09-42526-MSH |

## Order Granting Nationstar Mortgage LLC Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Nationstar Mortgage LLC, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by John F. Pacheco, John F. Pacheco and Kathleen M. Pacheco to Mortgage Electronic Registration Systems, Inc., dated April 7, 2006, as affected by a loan modification on February 10, 2011, and recorded with the Lee County Clerk of Circuit Court at Instrument Number 2006000145828 and which covers the premises located at 14541 Sherbrook Place 202, Fort Myers, FL 33912, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

201102-0394